IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BEZA CONSULTING, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:14cv881 (AJT/TCB) |
| ) | |
| MULUNEH MHIRATE YADETA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on the Report and Recommendation [Doc. No. 54] of the Magistrate Judge recommending that default judgment be entered on all counts of plaintiffs' complaint against defendants Muluneh Mihirate Yadeta and Beza Consulting, Inc., who have failed to respond to discovery and have disregarded Court Orders. Defendants filed their objections to the Report and Recommendation on February 6, 2015 [Doc. No. 57], and plaintiffs filed a response to defendants' objections [Doc. No. 62]. On February 14, 2015, defendants filed a Motion to Amend Scheduling Order and for Continuance of the Trial, which the Court interpreted as a motion for reconsideration of the Magistrate Judge's recommendation that default be entered against defendants [Doc. No. 58], and plaintiffs filed their opposition to defendants' motion for reconsideration [Doc. No. 61]. On February 24, 2015, the Court entered an Order continuing trial in this matter, to be rescheduled if necessary, following the Court's ruling on defendants' motion for reconsideration of the Report and Recommendation [Doc. No. 63]. On February 25 and 26, 2015, the Magistrate Judge entered an Order and Memorandum Opinion denying defendants' motion for reconsideration of the Report and Recommendation [Doc. Nos. 64, 65]. Upon consideration of the Magistrate Judge's Report and Recommendation,

as well as defendants' objections thereto and plaintiffs' responses, and having conducted a *de novo* review of the record in this case, it is hereby

ORDERED that the findings and recommendations of the Magistrate Judge are hereby ADOPTED and incorporated in full and without modification; and it is further

ORDERED that default judgment be, and the same hereby is, entered against defendants Muluneh Mihirate Yadeta and Beza Consulting, Inc., jointly and severally, on all counts of plaintiffs' complaint, and the matter shall proceed before the Magistrate Judge with respect to plaintiffs' claims for damages, attorney's fees, and costs.

The Clerk is directed to forward copies of this Order to all counsel of record.

Alexandria, Virginia
March 27, 2015

Anthony J. Trenga
United States District Judge

2